**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR625-021 |
| | ) | |
| JHIRMICHAEL WILLIAMS | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Bryan Patrick Owens** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Bryan Patrick Owens** be granted leave of absence for the following periods:  May 25, 2026 through June 12, 2026.

**SO ORDERED**, this the ____22nd____ day of May, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA